**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:

**O R D E R**

**JUAN BOTELLO, et al. v. BAYER CORPORATION, et al.**

Case No. 02-0749

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Defendant's motion to compel Plaintiff Rafael Flores to produce a completed Authorization for Release of Medical Records (Doc. No. 29). Plaintiff Rafael Flores was dismissed from this case on February 19, 2004. Accordingly, the motion is denied as moot.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel (Doc. No. 29) is **DENIED AS MOOT**.

Dated: May 6, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge