UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | : | **MDL No. 1431 (MJD)** |
| **This Document Relates to:** | : | |
| *Juan Botello, et al. v. Bayer Corp., et al.* | : | Case No. 02-0749 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 149 and this Court's Order of April 25, 2006, and on the files, records, and proceedings therein,

**IT IS HEREBY ORDERED:**

The claims of Plaintiffs Juan Botello and Irene Botello are **DISMISSED WITH PREJUDICE** from the above-captioned case.

Dated: OCT 0 2 2006

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

SCANNED
OCT 0 2 2006
U.S. DISTRICT COURT MPLS