**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD/SRN)

This Document Relates to:

*Juan Botello, et al., v. Bayer Corp., et al.* Case No. 02-0749

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 161 and this Court's Order of January 16, 2008, and on the files, records, and proceedings therein,

**IT IS HEREBY ORDERED:**

The claims of Plaintiff Marlene Duque are **DISMISSED WITH PREJUDICE.**

DATED: FEB 14 2008

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
FEB 19 2008
U.S. DISTRICT COURT MPLS